JOHN W. WHITE v. JAMES T. VOCELLE, as Director of the State Beverage Department of the State of Florida.

32 So. (2nd) 165                                    June Term, 1947

October 14, 1947                                    Division A

*Harry Goodmark,* for appellant.

*T. T. Turnbull* and *William Joe Sears, Jr.,* for appellee.

PER CURIAM:

Affirmed. See City of Jacksonville v. Wilson, 157 Fla. 838, 27 So. (2nd) 108; State ex rel. Hoffman v. Vocelle, State Beverage Director, 159 Fla. 88, 31 So. (2nd) 52.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.